# UNITED STATES DISTRICT COURT
### for the
### Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Eric Constantine Byrd<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   5:26-MJ-1437-JG |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2/9/2026 through 3/6/2026__ in the county of _____Wake_____ in the __Eastern__ District of ___North Carolina___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmitting a threat in interstate commerce to injure the person of another |

This criminal complaint is based on these facts:

See attached affidavit, incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Garrett Igo, FBI
_____
*Printed name and title*

On this day, GARRETT IGO appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this Criminal Complaint.

Date:  19 MARCH 2026

City and state:  RALEIGH, NC

_____
*Judge's signature*

James E. Gates, U.S. Magistrate Judge
_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.

ERIC CONSTANTINE BYRD

Case No.  5:26-MJ-1437-JG

**Filed Under Seal**

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

I, Garrett L. Igo, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.     I make this affidavit in support of a criminal complaint charging **ERIC CONSTANTINE BYRD** (hereinafter "**BYRD**") with knowingly and willfully transmitting in interstate commerce a communication containing a threat to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

2.     I have been a Special Agent with the Federal Bureau of Investigation (FBI) since January 2011. I have been assigned to the FBI Charlotte Division, Raleigh Resident Agency Joint Terrorism Task Force (JTTF) since December 2025. Prior to December 2025, I was assigned to the FBI New York Field Office's Counterintelligence Division. My training and experience have provided me with an understanding of the criminal laws of the United States regarding national security and I am familiar with various ideologies supporting violence to achieve their goals to suppress others. I have conducted and participated in several investigations resulting in criminal charges.

3.     The information contained in this affidavit is based on my knowledge of the facts and evidence obtained during the FBI's investigation of Byrd and comes from my personal

1

observations, my training and experience, and information obtained from other law enforcement agents and witnesses. Since this affidavit is being submitted for the purpose of establishing probable cause for the issuance of an arrest warrant, I have not included each and every fact known to me concerning this investigation, and have set forth only those facts I believe are necessary for said purpose.

## FACTS IN SUPPORT OF PROBABLE CAUSE

4. On March, 5 2026, the FBI Raleigh Joint Terrorism Task Force (JTTF) became aware of concerning Instagram posts made by Instagram accounts "chudboirick" (UID 80549399377) and "godfatherrick9" (UID 80553249687). The accounts were linked to one another and belong to the same person, Eric Constantine Byrd, who is further identified below. The Instagram posts included Racially or Ethnically Motivated Violent Extremism (REMVE), expressing an intent to harm others (black people, Hispanics, and homosexuals) and himself. The user of the Instagram accounts posted photos of himself with a firearm, expressed admiration for several mass shooters (Elliot Rodger, Solomon Henderson, and Brenton Tarrant), promoted Nazi propaganda, and conveyed that he planned to become an active shooter.

5. More specifically, on February 11, 2026, Byrd used "godfatherrick9" to post the following message:

Planning on getting #active on my local #yns and #edgars. I'm just trying to find the time to do it which idk when yet 🪣. I'm not a pussy I will record it! #NOLIVESMATTER #TND

6. "#active" is believed to be a reference to being an active shooter. "#yns" is believed to be a reference to "Young N****rs." "#edgars" is believed to be a reference to Hispanic males. "#NOLIVESMATTER" is a reference to No Lives Matter, an organization that advocates

2

violence, terrorism, and the destruction of humanity. "#TND" is believed to reference "Total N****r Death."

7. On March 1, 2026, Byrd used "chudboirick" to post the following message and image:

One day I will #livestream myself getting #active on my local yn's and edgars. Probably gonna do it on #kick #NOLIVESMATTER #JUGG



8. A few weeks prior, on February 7, 2026, "godfatherrick9" posted the following message and image:

Anyone know a dark niglet called Isaiah who used to play on the basketball team LRHS class of 2025? HMU pls! #NOLIVESMATTER #TND

3



9. "HMU" stands for "hit me up," and serves as an invitation for someone to reach out, presumably to help with further identifying "Isaiah."

10. Thereafter, Byrd, using "godfatherrick9," had the following conversation with another Instagram user on February 9, 2026:

godfatherrick9 (80553249687) - February 09 2026 03:30:11 pm PST

But did u see the shit I posted lmaooo (edited)

Another user - February 09 2026 03:42:03 pm PST

Yes bros actually hunting

godfatherrick9 (80553249687) - February 09 2026 03:42:38 pm PST

U damn right I am

4

Another user - February 09 2026 04:19:26 pm PST

U think u can find him

godfatherrick9 (80553249687) - February 09 2026 04:20:39 pm PST

I know he live in my area cuz I saw him once

godfatherrick9 (80553249687) - February 09 2026 04:20:49 pm PST

He was so lucky I was working that day

godfatherrick9 (80553249687) - February 09 2026 04:23:16 pm PST

That nigger was known enough in that school so it shouldn't be too complicated 💀 💀 💀

11. On February 15, 2026, Byrd used "chudboirick" to post the following message and a video of Elliot Rodger, the mass shooter responsible for the 2014 Isla Vista killings. A screenshot from the video, depicting Elliot Rodger, is shown below.

He was a saint and ahead of his time. His family, friends, and society failed him #ELLIOTRODGER #SAINT



12. On February 16, 2026, Byrd used "chudboirick" to post the following message and a video of Solomon Henderson, the mass shooter responsible for the Antioch High School shooting in January 2025. A screenshot from the video, depicting Solomon Henderson, is shown below.

5

He was a saint and had a good sense of humor. He lived a similar life as me #SOLOMONHENDERSON #SAINT



13.    On February 20, 2026, Byrd used "chudboirick" to post the following message and image:

I just had to post this pic. It's too cold. I'll prolly get a GoPro for when I get #active #NOLIVESMATTER

6



14.     As previously stated, "#active" is believed to be a reference to being an active shooter. Moreover, GoPro is a durable compact camera designed for mounting, stabilizing, and capturing point of view footage. The mass shooter, Brenton Tarrant, whom Byrd described as a "saint" (see below), wore a helmet mounted GoPro to livestream his mass shooting at Christchurch mosque in New Zealand in 2019.

15.     On February 21, 2026, Byrd used "chudboirick" to post the two following messages at separate times:

I'm taking a break from this Instagram shit. I'll prolly get a GoPro for when I get #active.

I'm creating an X account #soon. Join my telegram channel for exclusive content #NOLIVESMATTER #CHUD

Me, Smith & Wesson show no compassion #NOLIVESMATTER #WHITEPOWER #EBK

7

16. On February 24, 2026, Byrd used "chudboirick" to post the following message and image:

Who will be the next saint this year? So far we have had 2 attempts of females trying to air out their schools #NOLIVESMATTER #SAINT #SAINTESS



17. According to the Anti-Defamation League's (ADL) website, the above skull and crossbones is a "Totenkopf," meaning "death's head" in German, which was used by the Nazi Schutzstaffel (SS) as its symbol. After World War II, neo-Nazis and other white supremacists "resurrected the Totenkopf as a hate symbol because of its importance to the SS and it has been a common hate symbol since."

18. On March 2, 2026, Byrd used "chudboirick" to post the following message and image:

I hate homosexuals. They should all get put down immediately #NOLIVESMATTER #HOMOPHOBIA #HH #WHITEPOWER

8



19. #HH is believed to be a reference to "Heil Hitler."

20. On March 3, 2026, Byrd used "chudboirick" to post the following message and image:

Thank you Mr. Miller! I'm very pleased with the chain that I got 📦 👌 #PAULMILLER #GYPSYCRUSADER #JOKER #SS #WHITEPOWER



21. In the image, Byrd is depicted wearing a necklace with a Nazi SS pendant.

9

22.     On March 2, 2026, Byrd used "chudboirick" to post an image of himself with a gun under his chin, then had the following message exchange with another Instagram user:



chudboirick (80549399377) - March 02 2026

Imma die now


Another user – March 02 2026

WTF


chudboirick (80549399377) - March 02 2026




Another user - March 02 2026

Is it actually loaded

10

Case 5:26-mj-01437-JG     Document 1     Filed 03/19/26     Page 11 of 22

chudboirick (80549399377) - March 02 2026

Yeah

chudboirick (80549399377) - March 02 2026

Idc about my life

Another user - March 02 2026

Do not pull that trigger

chudboirick (80549399377) - March 02 2026

Too late this is my spirit talking

…

chudboirick (80549399377) - March 02 2026

I'm not doing a boring suicide

…

23. On March 5, 2026, Byrd continued the message exchange by sending a video depicting himself with a Nazi SS pendant necklace and holding a gun. During the video, images of mass shooters Brenton Tarrant, Natalie Lynn Rupnow, and Solomon Henderson flashed across the screen. Rupnow is the mass shooter responsible for the Abundant Life Christian School shooting in December 2024. The message exchange continued as follows:

chudboirick (80549399377) – March 05 2026

Little does bro know about the saints in the vid that I was flashing

11

Another User -- March 05, 2026

Who are they

chudboirick (80549399377) – March 05, 2026

Brenton Tarrant literally aired out a whole mosque and live-streamed it. Praise the chud! And Samantha Rupnow is a saintess. And Solomon Henderson killed a beaner bitch at his school also a saint

chudboirick (80549399377) – March 05, 2026

I'll send you the livestream link

Another User – March 05 2026

They're saints bc of that?

chudboirick (80549399377) March 06 2026

Yes they're cleansing the world that's full of filth of course they're saints. They literally did God's work

Another User – March 06 2026

I see I see

Another User – March 06 2026

When did this mosque shooting happen

12

chudboirick (80549399377) – March 06 2026

NO LIVES MATTER


chudboirick (80549399377) – March 06 2026

It happened 2019

…

chudboirick (80549399377) - March 06 2026

But yeah when u watch the video fast forward if you don't want to watch him driving to the mosque but I like to watch the whole thing to feel like I'm actually there

24.     On March 3, 2026, "chudboirick" posted the following message and image:

Brenton Tarrant is a fucking saint! Praise the chud! #NOLIVESMATTER #BRENTONTARRANT #SAINT



## IDENTIFICATION OF ERIC CONSTANTINE BYRD

25.     Through the use of several Emergency Disclosure Requests (EDR) and Facial Recognition technology, the user of the Instagram accounts "chudboirick" and "godfatherrick9" was identified as Eric Constantine Byrd, date of birth (DOB) November 19, 2006. Byrd's North Carolina Department of Motor Vehicles (DMV) photograph is consistent with the male pictured in the above Instagram posts.

## INVOLUNTARY COMMITMENT (IVC)

26.     Based on Byrd's concerning photos and messages of harm to others and potential self-harm, an FBI Task Force Officer (TFO) from the Raleigh Police Department (RPD) filed and was granted Involuntary Commitment (IVC) for Byrd.

## INTERVIEW OF BYRD'S PARENTS

27.     On March 9, 2026, FBI Special Agents and Task Force Officers (TFO) went to Byrd's residence, 7614 Satinwing Ln., Raleigh, NC 27617. Byrd's parents, Jack Cleldon Byrd and Olinda Veronica Byrd, informed the FBI that Byrd was currently working at his place of employment. Byrd's parents were subsequently interviewed by the FBI. Byrd's parents acknowledged Byrd "has issues," sees a therapist from time to time, and was prescribed medicine which he does not take. Byrd's parents discussed a January 2026 incident wherein the Raleigh Police Department (RPD) was dispatched to their residence. Byrd's father said the incident arose because Byrd went out to buy something "stupid" and his parents made him come back. Byrd "lost his mind," so his parents had to call the police.

28.     Byrd's parents further revealed Byrd had purchased a firearm but initially claimed Byrd did not have access to it. Byrd's mother said Byrd loved and was obsessive about guns. Byrd's mother claimed the firearm was "safe" in the residence. After some hesitation, Byrd's

14

mother escorted an FBI TFO to an upstairs bedroom. The firearm was located in a blue box in the closet of what was later determined to be Byrd's bedroom. A piece of white Styrofoam was on top of the box. The FBI TFO retrieved the firearm, which was identified as a Smith & Wesson M&P 9mm, M2.0, Serial #NJE5810. Below is a photograph of the firearm, which is consistent with the firearm Byrd is holding in the above Instagram images:



### INTERVIEW OF BYRD

29. On March 9, 2026, FBI TFO's briefly interviewed Byrd at his place of employment. Byrd admitted that if he had ammunition for his firearm during the aforementioned January 2026 incident with his parents, he would have "probably" killed them. Byrd also admitted seeking a person from his high school named Isaiah to finish things because he did not like how it ended. When asked to clarify if "finish" meant using a firearm, Byrd said yes.

30. After the interview, RPD placed Byrd into custody for IVC.

15

## AMMUNITION AND OTHER GUNS

31. Byrd's cell phone and two laptops were subsequently seized pursuant to a Search Warrant issued by the State of North Carolina.

32. A review of emails contained in Byrd's cell phone revealed he purchased 1,000 rounds of Scorpio 9MM ammo on February 11, 2026 from Armslist.com. A subsequent email, dated February 12, 2026, revealed the ammo was shipped to Byrd at his residence. Notably, Byrd purchased the ammunition shortly after the January 2026 incident with his parents. As mentioned above, Byrd told FBI TFOs that he "probably" would have killed his parents during the January 2026 incident if he had ammunition.

33. A review of text messages contained in Byrd's cell phone revealed Byrd purchased an AK-47 in or around December 2025. On December 20, 2025, Byrd sent the following text messages:

"Yuh I got into contact with a bunch of people who sell pistols but they wanted me to be 21 and have a concealed carry permit. But I got into contact with a person who is selling an ak47 and is agreeing to sell it to me"

34. On December 20, 2025, Byrd sent a video and a text message that read: "Merry Christmas to me AK-47 in this bih." The video depicted an unseen person in a car unboxing a long gun that appears consistent with an AK-47.

35. On December 28, 2025, Byrd sent a video and a text message that read, "I woke up and couldn't go back to sleep so I decided to figure out how to tune up my AK-47. Took me a long ass time to figure it out." Below is a screenshot from the video, that appears to depict Byrd with the AK-47 in his bedroom:

16



36. Based on subsequent text messages, it appears Byrd may have attempted to sell his AK-47 after his parents became aware of it.

## BYRD'S INTENT AND MENTAL STATE

37. On January 19, 2026, Byrd sent the following text messages, demonstrating sadistic intent and glorification of gore:

"Sorry for being such a horrible person. I'm a sadistic fuck who loves to watch people suffer and look shitty. That's one of the reasons why I love watching gore so much. I deserve to die[.] I love watching people getting tortured and getting killed. I love watching people do extreme self harm like chopping off their limbs and committing suicide. I love watching people extreme acts of violence towards each other. I'm very fucked up in the head."

17

38. On January 19, 2026, Byrd sent the following text messages, demonstrating sadistic intent, confessing to past crimes, and expressing future intent to be a "complete menace and danger to society:"

"Haha but I do have a vid of people actually killing themselves. A mini compilation with one of my favorite songs in it too playing in the background. I love death. [Emojis] Don't u love death and torture and shit like that. It's so much fun to watch. It really rejuvenates me. Makes me feel not alone. I'm super fucked up in the head I love being fucked up in the head now. I'm a demon's semen. Thank u God for letting Lucifer create me. Thank u Lucifer for creating me to destroy people's lives. I liked I felt absolutely nothing for smashing people's windows and taking their stuff out of their cars. I love death and destruction. I hope much more comes [Emojis]. I want to continue ruining people's lives by draining their bank accounts and selling their info and being a complete menace and danger to society. Amen"

39. On March 7, 2026, Byrd sent the following text messages, which glorify a past mass shooter (Brenton Tarrant) and constitute a direct threat of mass violence:

"I hope to die very soon"

"When I die I will go out like a real one. And I hope my death goes on a gore site."

"I'm not anybody in this world and nobody is special unless they do something like Brenton Tarrant."

"Nothing phases me anymore"

"Gore is even becoming boring to me now"

"He's my hero"

"The world needs more Brenton Tarrants"

18

"I read his manifesto and watched his livestream it brings tears of joy to my eyes."

"When I die I'm not gonna OD that's for pussies. I will put a bullet in my head or I get killed by someone else."

"I would prefer to die in a shootout or knife fight"

## INTERSTATE NEXUS

40.     For background, Instagram is a social media platform that functions through a digital interface accessible via mobile applications or web browsers.  To utilize its core features, including uploading photographs or videos, transmitting direct messages, and engaging with real-time content feeds, the platform requires an active and stable Internet connection.  Without such connectivity, the application cannot synchronize data with its central servers, effectively preventing users from sharing media or communicating with other accounts.

41.     At least some of Byrd's threatening Instagram posts were made in North Carolina. For example, the IP Address 136.47.255.28, serviced by Google Fiber, was used when Byrd, using "chudboirick," posted the following message and image on February 20, 2026:

I just had to post this pic. It's too cold. I'll prolly get a GoPro for when I get #active #NOLIVESMATTER



19

42.     A subsequent EDR to Google Fiber revealed the IP Address 136.47.255.28 was assigned to Byrd's home address, 7614 Satinwing Ln. in Raleigh, NC, on November 19, 2024, and was still assigned to the same address as of March 9, 2026.

43.     Moreover, Meta Platforms, Inc., an entity headquartered in Menlo Park, California, and the parent company of Instagram, voluntarily provided the FBI with some of Byrd's Instagram posts. FBI employees located in Washington, D.C. viewed those posts, identified that they warranted further investigation, and notified the FBI Raleigh JTTF in North Carolina. Byrd's transmission of the threatening messages via Instagram constitutes a communication in interstate commerce, as defined by 18 U.S.C. § 875.

(remainder of page left intentionally blank)

## CONCLUSION

44.     In summary, Byrd utilized Instagram to post Racially or Ethnically Motivated Violent Extremism (REMVE), expressing an intent to harm others (black people, Hispanics, and homosexuals) and himself.  Byrd also utilized Instagram to post photos of himself with a firearm, to express admiration for several mass shooters (Elliot Rodger, Solomon Henderson, and Brenton Tarrant), to promote Nazi propaganda, and to convey that he planned to become an active shooter.

45.     Based on the foregoing, your affiant respectfully asserts that there is probable cause to believe Byrd transmitted a threat in interstate commerce to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

Respectfully submitted,

Garrett L. Igo
Special Agent
FBI

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit via reliable electronic means, telephone, on this 19 day of MARCH 2026.

JAMES E. GATES
UNITED STATES MAGISTRATE JUDGE

21